

## United States District Court
## Eastern District of California

Joanne Knupp

Plaintiff(s)

V.

Amazon.com Services LLC, et al.

Defendant(s)

Case Number: 1:23-CV-01112-KES-BAM

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Megan Houlihan hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Amazon.com Services LLC

On 04/28/2016 (date), I was admitted to practice and presently in good standing in the

Oregon (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

LPOD, et al., v. Kinder Morgan Liquids Terminals, LLC; 1:23-cv-01498-ADA-CDB; 11/08/23;

GRANTED: 11/29/23

Date: 04/18/2024                    Signature of Applicant: /s/ Megan Houlihan

**Pro Hac Vice Attorney**

Applicant's Name: Megan Houlihan

Law Firm Name: Perkins Coie LLP

Address: 1120 N.W. Couch Street Tenth Floor Mailstop 8033

City: Portland          State: OR          Zip: 97209-4128

Phone Number w/Area Code: (503) 727-2241

City and State of Residence: Portland, OR

Primary E-mail Address: mhoulihan@perkinscoie.com

Secondary E-mail Address: bjones@perkinscoie.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: M. Ray Hartman III

Law Firm Name: Perkins Coie LLP

Address: 11452 El Camino Real, Suite 300

City: San Diego          State: CA          Zip: 92130-2080

Phone Number w/Area Code: (858) 720-5772          Bar #: 211205

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: __April 19, 2024__          /s/ Barbara A. McAuliffe
                                    JUDGE, U.S. DISTRICT COURT