# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE KNUPP, individual, and as plaintiff's mother and guardian on behalf of minor child, L.K., <br><br> Plaintiffs, <br><br> v. <br><br> Amazon.com Services, LLC ("AMAZON"), is a Delaware limited liability company; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 1:23-cv-01112-KES-BAM <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL** <br><br> (Doc. 38) |

Currently before the Court is the parties' joint motion to extend the time to complete the settlement in this case and file a stipulation of dismissal. (Doc. 38.) Good cause appearing, the parties' joint motion for an extension of time to file dismissal is GRANTED. The parties shall file appropriate papers to dismiss or conclude this action in its entirety no later than **October 16, 2024**. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

   Dated:   **August 30, 2024**          /s/ Barbara A. McAuliffe            _
                                        UNITED STATES MAGISTRATE JUDGE

1