UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE KNUPP, individual, and as plaintiff's mother and guardian on behalf of minor child, L.K.,<br><br>Plaintiffs,<br><br>v.<br><br>Amazon.com Services, LLC ("AMAZON"), is a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  1:23-cv-01112-KES-BAM<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL**<br><br>(Doc. 41) |

Currently before the Court is the parties' joint motion to extend the time to file a stipulation of dismissal with prejudice. (Doc. 41.)  The parties explain that they finalized the settlement in this action and on September 16, 2024, Plaintiffs filed a petition to approve compromise of pending action involving minor, along with a motion to seal portions of the petition. (Doc. 40.)  The hearing date for the motion to seal and petition for approval is October 25, 2024.  However, the current deadline for the parties to complete the settlement and file a dismissal with prejudice is October 16, 2024.  (*See* Doc. 39.)  Because the petition for approval of the minor's compromise is still pending, the parties jointly request that the Court grant additional time to consider and issue an order on the petition and for the parties to file a dismissal with prejudice.  (Doc. 41 at 2.)

1

1  Good cause appearing, the parties' joint motion for an extension of time to file dismissal
2  is GRANTED.  The parties shall file appropriate papers to dismiss or conclude this action in its
3  entirety no later than November 15, 2024.

IT IS SO ORDERED.

Dated:  **October 16, 2024**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE