# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JOANNE KNUPP, individual, and as plaintiff's mother and guardian on behalf of minor child, L.K.<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>Amazon.com Services, LLC ("AMAZON"), is a Delaware limited liability company; Xiamen Huanqiu Youxuan Jinchukou Youxian Gongsi; and DOES 1-50, inclusive.<br><br>　　　　　　　　Defendants. | **Case No.: 1:23-CV-01112-KES-BAM**<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL**<br><br>Deadline for Dismissal: February 13, 2025<br><br>Judge: Hon. Barbara A. McAuliffe |

i

Upon consideration of the joint motion to modify the deadline to file a dismissal with prejudice and allow additional time for the Court to consider and issue an order on Plaintiff's Petition to Approve Compromise of Pending Action Involving Minor, it is hereby ORDERED that the motion is GRANTED and that the Parties are granted an additional thirty days, until and including March 15, 2025, to file a dismissal with prejudice.

IT IS SO ORDERED.

Dated: **February 18, 2025**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE