# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JOANNE KNUPP, individual, and as plaintiff's mother and guardian on behalf of minor child, L.K.<br><br>Plaintiffs,<br><br>v.<br><br>Amazon.com Services, LLC ("AMAZON"), is a Delaware limited liability company; Xiamen Huanqiu Youxuan Jinchukou Youxian Gongsi; and DOES 1-50, inclusive.<br><br>Defendants. | **Case No.: 1:23-CV-01112-KES-BAM**<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL**<br><br>Deadline for Dismissal: March 15, 2025<br><br>Judge: Hon. Barbara A. McAuliffe |

Upon consideration of the joint motion to modify the deadline to file a dismissal with prejudice and allow additional time for the Court to issue an order on Plaintiff's Petition to Approve Compromise of Pending Action Involving Minor, it is hereby ORDERED that the motion is GRANTED and that the Parties are granted an additional

thirty days, until and including April 14, 2025, to file a dismissal with prejudice.

IT IS SO ORDERED.

Dated:   **March 17, 2025**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL