# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JOANNE KNUPP, individual, and as plaintiff's mother and guardian on behalf of minor child, L.K.<br><br>Plaintiffs,<br><br>v.<br><br>Amazon.com Services, LLC ("AMAZON"), is a Delaware limited liability company; Xiamen Huanqiu Youxuan Jinchukou Youxian Gongsi; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 1:23-CV-01112-KES-BAM<br><br>[PROPOSED] ORDER GRANTING JOINT REQUEST FOR DELIVERY OF UNREDACTED FINDINGS AND RECOMMENDATIONS REGARDING PETITION TO APPROVE COMPROMISE OF PENDING ACTION INVOLVING MINOR<br><br>Judge: Hon. Barbara A. McAuliffe |

Upon consideration of the Parties' Joint Request for Delivery of Unredacted Findings and Recommendations Regarding Petition to Approve Compromise of Pending Action Involving Minor, it is hereby ORDERED that the request is GRANTED and an unredacted version of the Findings and Recommendations Regarding Petition to Approve Compromise of Pending Action Involving Minor be

delivered via e-mail to the counsel of record at the following e-mail addresses:

    (i)    Plaintiff's counsel John K. Buche (jbuche@buchelaw.com) and Byron Ma (bma@buchelaw.com); and,

    (ii)    Defendant's counsel Ray Hartman (rhartman@perkinscoie.com) and Tara Shinall (TShinall@perkinscoie.com).

IT IS SO ORDERED.

Dated: **March 31, 2025**        /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT REQUEST FOR DELIVERY OF UNREDACTED FINDINGS AND RECOMMENDATIONS