# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JOANNE KNUPP, individual, and as plaintiff's mother and guardian on behalf of minor child, L.K.<br><br>Plaintiffs,<br><br>v.<br><br>Amazon.com Services, LLC ("AMAZON"), is a Delaware limited liability company; Xiamen Huanqiu Youxuan Jinchukou Youxian Gongsi; and DOES 1-50, inclusive.<br><br>Defendants. | **Case No.: 1:23-CV-01112-KES-BAM**<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL**<br><br>Deadline for Dismissal: April 14, 2025<br><br>Judge: Hon. Barbara A. McAuliffe |

1  Upon consideration of the joint motion to modify the deadline to file a dismissal with prejudice and allow additional time for the Court to issue an order on Plaintiff's Petition to Approve Compromise of Pending Action Involving Minor, it is hereby ORDERED that the motion is GRANTED. To preserve judicial and party resources necessitated by additional joint motions for extension of time, the parties SHALL file any stipulation of dismissal within thirty (30) days after the Court issues an order on the pending findings and recommendations (Doc. 58) and resolves the Petition (Doc. 45).

IT IS SO ORDERED.

Dated:   **April 15, 2025**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL