1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JOANNE KNUPP, individual, and as<br>plaintiff's mother and guardian on behalf of<br>12  minor child, L.K., | Case No.  1:23-cv-01112-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND |
| 13               Plaintiffs, | RECOMMENDATIONS AND APPROVING<br>PETITION FOR COMPROMISE OF<br>PENDING ACTION INVOLVING MINOR |
| 14        v. | Docs. 45, 57, 58 |
| 15  Amazon.com Services, LLC<br>("AMAZON"), is a Delaware limited<br>16  liability company; and DOES-50,<br>inclusive, | |
| 17 | |
| 18               Defendants. | |

19        This is a products liability action filed by plaintiffs Joanne Knupp and minor L.K.

20  Plaintiffs' claims arise out of allegations that L.K. was seriously injured after she ingested a

21  button battery that fell out of a wireless color-changing-LED light remote sold by Amazon.

22  Doc. 1.

23        On October 18, 2024, plaintiffs filed a redacted (and sealed) petition seeking court

24  approval of the settlement and compromise of the minor's claims.  Doc. 45.  The matter was

25  referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and this Court's

26  standing order.

27        The assigned magistrate judge issued findings and recommendations that recommended

28  (1) the petition to approve compromise of pending action involving minor be granted, and the

1    terms of the settlement, including payment of attorneys' fees and costs be approved as fair and

2    reasonable, and (2) plaintiffs be directed to place the amount allocated to the minor child, L.K., in

3    a fiduciary blocked account in California structured by lawyers and professional special needs

4    bankers from the Merrill Lynch Wealth Management, Special Needs Team.  Doc. 57 (redacted at

5    Doc. 58).  The findings and recommendations were served on the parties and contained notice

6    that any objections thereto were to be filed within fourteen (14) days after service.  *Id.* at 10.  To

7    expedite the matter, the parties were informed that if they had no objections, then they may each

8    file a statement of non-objection before expiration of the fourteen-day period.  *Id.*  The parties

9    filed a joint notice of non-objection to the findings and recommendations.  Doc. 59.

10          In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a de

11   novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the

12   findings and recommendations are supported by the record and proper analysis.

13          Accordingly:

14       1.  The findings and recommendations issued on February 19, 2025, Doc. 57 (redacted at

15          Doc. 58), are adopted in full;

16       2.  The petition to approve compromise of pending action involving minor, Doc. 45, is

17          granted, and the terms of the settlement, including payment of attorneys' fees and

18          costs are approved as fair and reasonable;

19       3.  Plaintiffs are directed to place the amount allocated to the minor child, L.K., in a

20          fiduciary blocked account in California structured by lawyers and professional special

21          needs bankers from the Merrill Lynch Wealth Management, Special Needs Team; and

22       4.  Within thirty (30) days following execution of the terms of the settlement, the parties

23          shall file appropriate papers to dismiss or conclude this action in its entirety.

24

25

26   IT IS SO ORDERED.

27       Dated:   July 17, 2025          _____

28                                      UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28